**Joginder Paul SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–74798.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 30, 2011.

Babak Pourtavoosi, The Pannun Firm, P.C., Jackson Heights, NY, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John W. Blakeley, Oil, Aviva L. Poczter, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Joginder Paul Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence. *Li v. Ashcroft,* 378 F.3d 959, 962 (9th Cir.2004). We deny in part and dismiss in part the petition for review.

Substantial evidence supports the IJ's adverse credibility finding because of the inconsistency regarding the number of times Singh was arrested. *See Berroteran–Melendez v. INS,* 955 F.2d 1251, 1256–57 (9th Cir.1992). In the absence of credible testimony, Singh failed to establish eligibility for asylum or withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

We lack jurisdiction to consider Singh's CAT claim because he did not exhaust it

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

before the agency. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**